**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| HANDSFREE LABS LICENSING LLC, | § | |
| FAST IP, LLC, and KIZIK DESIGN, LLC, | § | |
| | § | |
| *Plaintiffs*, | § | CASE NO. 2:25-CV-00744-JRG |
| v. | § | |
| | § | |
| SKECHERS, U.S.A., INC., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Unopposed Motion for Extension of Time (the "Motion") filed by Defendant Skechers, U.S.A., Inc. ("Defendant"). (Dkt. No. 8.) In the Motion, Defendant moves to extend the deadline for it to answer or otherwise respond to the Complaint (Dkt. No. 1) by 45 days, up to and including October 11, 2025. (Dkt. No. 8 at 1.) The Motion is unopposed. (Dkt. No. 8 at 1, 3.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the deadline for Defendant to answer or otherwise respond to the Complaint (Dkt. No. 1) is **extended** up to and including **October 11, 2025**.

So ORDERED and SIGNED this 8th day of August, 2025.

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE